

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00457-CV

**IN THE INTEREST OF H.H.L.** Jr., J.C., and J.P. Jr., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA00420
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED November 23, 2016.

Luz Elena D. Chapa, Justice